because her husband had flirted with her when he was the victim's age. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of conviction is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Cherish KRIDLER, Appellant.**

**WD 79650**

Missouri Court of Appeals,
Western District.

Order filed: October 17, 2017

Richard A. Starnes, Jefferson City, for Respondent

Samuel E. Buffaloe, for Appellant

Before Division Four: Mark D. Pfeiffer, Presiding Judge, Victor C. Howard, Judge and Karen King Mitchell, Judge

## ORDER

PER CURIAM:

Cherish Kridler appeals her conviction following a jury trial for the class C felony statutory rape in the second degree and sentence of four years imprisonment. She asserts that the trial court erred in failing to grant a mistrial when a police officer testified that Kridler told her husband that it was acceptable to flirt with the victim